IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLAUDE R. SHORT, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 3:10-cv-350-MEF |
| | ) |
| MANDO AMERICAN CORP., | ) (WO—Do Not Publish) |
| | ) |
|     Defendants. | ) |

## ORDER

This cause is before the Court on plaintiff's Unopposed Motion to Extend Scheduling Order Deadlines by Thirty Days, (Doc. # 13), filed on October 19, 2010. It is hereby ORDERED that the motion is GRANTED in part and DENIED in part. It is GRANTED to the extent it seeks an extension of the deadline in the Uniform Scheduling Order, (Doc. # 11), entered by this Court on June 24, 2010, for the filing any motions to amend the pleadings. The plaintiff shall file any such motion to amend the pleadings on or before **November 25, 2010**. The motion is DENIED with respect to all other deadlines contained in the Uniform Scheduling Order.

    DONE this 4th day of November, 2010.

                                                 /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE